Certificate Number: 16339-PAM-DE-028406595

Bankruptcy Case Number: 15-04437


16339-PAM-DE-028406595

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 27, 2016, at 11:32 o'clock AM EST, Brett Mckay completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 27, 2016

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor