```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 15-04437-HWV
Brett D. McKay                                                      Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: PRadginsk          Page 1 of 1          Date Rcvd: Jan 25, 2018
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
db             +Brett D. McKay,    2206 Ionoff Road,    Harrisburg, PA 17110-3581

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Brett D. McKay gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | |
| BRETT D. MCKAY | : | CASE NO. 1-15-04437-HWV |
| Debtor | : | CHAPTER 13 |

## ORDER

Upon consideration of Debtor's Motion to Modify Plan

**IT IS HEREBY ORDERED AND DECREED** that Debtor may amend his Plan in accordance with the proposed First Amended Plan filed simultaneously herewith.

Dated: January 23, 2018

By the Court,

Henry W. Van Eck, Bankruptcy Judge

(KB)