# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brett D. McKay <br>                               Debtor <br><br> M&T Bank <br>                               Movant <br>      vs. <br><br> Brett D. McKay <br>                               Debtor <br><br> Charles J. DeHart, III Esq. <br>                               Trustee | CHAPTER 13 <br><br> NO. 15-04437 HWV <br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Stipulation of M&T Bank, which was filed with the Court on or about May 18, 2018 (Document No. 62). The Motion to Extend pleading was filed with the incorrect caption, and will be re-filed.

                                            Respectfully submitted,

                                            **/s/ James C. Warmbrodt, Esquire**
                                            James C. Warmbrodt, Esquire
                                            Attorney for Movant
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            215-627-1322

May 18, 2018