# IMBLUM LAW OFFICES, P.C.

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

4615 DERRY STREET
HARRISBURG, PA 17111

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

September 14, 2018

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Brett D. McKay
Chapter 13 Bankruptcy Case No. 1:15-bk-04437

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

> Hilltop Condominium Association
> c/o Penn Equity Association
> 220 Townsend Drive #1
> Hummelstown, PA 17036

The Creditor's <u>previous</u> address was as follows:

> Hilltop Condominium Association
> 2212 Ionoff Road
> Harrisburg, PA 17110

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/bad