IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1:15-bk-04437- HWV
   BRETT D. McKAY :
   Debtor : CHAPTER 13

## AMENDMENT TO SCHEDULE B

Please add the following Personal Property to Schedule B:

| Personal Property | Value |
|---|---|
| Personal Injury Accident occurred 04/18/2018<br>Represented by Freeburn Hamilton<br>Contact: Ryan McDaniel, Esquire | Unknown |

Dated: 03 / 11 / 2020

*Brett D. McKay*
Brett D. McKay

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1:15-bk-04437- HWV
    BRETT D. McKAY :
    Debtor : CHAPTER 13

## AMENDMENT TO SCHEDULE C

Please change the exemptions on Schedule C to the following:

| Description of Property | Law Providing Exemption | Value of Claimed Exemption | Current Value of Property |
|---|---|---|---|
| Personal Injury Accident occurred 04/18/2018 Represented by Freeburn Hamilton Contact: Ryan McDaniel, Esquire | 11 U.S.C. Section 522(d)11(D) 11 U.S.C. Section 522(d)11(E) 11 U.S.C. Section 522(d)(5) | $25,150.00 Unlimited $11,575.00 | Unknown Unknown Unknown |

Dated: 03 / 11 / 2020

*Brett D. McKay*
Brett D. McKay