IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                            :
BRETT D. MCKAY                    :     CASE NO. 1-15-04437-HWV
    Debtor                        :     CHAPTER 13

**ORDER**

Upon consideration of Debtor's Motion for Approval of a Settlement in Personal Injury Case;

**IT IS HEREBY ORDERED AND DECREE** that the settlement is approved and payment of the net proceeds as outlined below:

    a.    Total Proposed Settlement - $135,000.00;

    b.    Attorney's Fees (33%) to Freeburn & Hamilton PC - $45,000.00;

    c.    Attorney's Costs to Freeburn & Hamilton PC - $4,193.32;

    d.    Monies Withheld in Escrow for health insurance lien #1 - $25,000.00;

    e.    Monies Withheld in Escrow for health insurance lien #2 - $963.23;

    f.    Non-exempt proceeds to Chapter 13 Trustee - $14,349.37; and

    g.    Balance to be Paid to Debtor - $45,494.08.