IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| BRETT D. MCKAY | : | CASE NO. 1-15-04437-HWV |
| Debtor | : | CHAPTER 13 |

**ORDER**

Upon consideration of Debtor's Motion for Approval of a Settlement in Personal Injury Case;

**IT IS HEREBY ORDERED AND DECREE** that the settlement is approved and payment of the net proceeds as outlined below:

a. Total Proposed Settlement - $135,000.00;

b. Attorney's Fees (33%) to Freeburn & Hamilton PC - $45,000.00;

c. Attorney's Costs to Freeburn & Hamilton PC - $4,193.32;

d. Monies Withheld in Escrow for health insurance lien #1 - $25,000.00;

e. Monies Withheld in Escrow for health insurance lien #2 - $963.23;

f. Non-exempt proceeds to Chapter 13 Trustee - $1,554.25; and

g. Balance to be Paid to Debtor - $58,289.20.