# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    BRETT D. MCKAY                                      Case No.: 1-15-04437-HWV
                                                                           Chapter 13

                Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                             **MORTGAGE INFORMATION**
Creditor Name:                      M & T BANK
Court Claim Number:              05
Last Four of Loan Number:      0265/PRE ARREARS/2206 IONOFF RD
Property Address if applicable:   2206 IONOFF ROAD, , HARRISBURG, PA17110

**PART 2:**                             **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a.   Allowed prepetition arrearages:                                              $26,592.33
b.   Prepetition arrearages paid by the Trustee:                         $26,592.33
c.   Amount of postpetition fees, expenses, and charges recoverable
     Under Bankruptcy Rule 3002.1(c):                                            $0.00
d.   Amount of postpetition fees, expenses, and charges recoverable
     Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:     $0.00
e.   Allowed postpetition arrearage:                                                 $6,685.53
f.   Postpetition arrearages paid by the Trustee:                            $6,685.53
g.   Total b, d, f:                                                                                      $33,277.86

**PART 3:**                             **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**                             **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 21, 2020  Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

Creditor Name:  M & T BANK  
Court Claim Number:  05

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1148472 | 05/04/2016 | $31.45 | $0.00 | $31.45 |
| 5200 | 1150131 | 06/14/2016 | $626.82 | $0.00 | $626.82 |
| 5200 | 1151697 | 07/07/2016 | $626.83 | $0.00 | $626.83 |
| 5200 | 1153144 | 08/04/2016 | $626.82 | $0.00 | $626.82 |
| 5200 | 1156324 | 10/05/2016 | $634.80 | $0.00 | $634.80 |
| 5200 | 1159526 | 12/06/2016 | $1,252.22 | $0.00 | $1252.22 |
| 5200 | 1161103 | 01/12/2017 | $631.97 | $0.00 | $631.97 |
| 5200 | 1162640 | 02/08/2017 | $628.07 | $0.00 | $628.07 |
| 5200 | 1164164 | 03/09/2017 | $628.08 | $0.00 | $628.08 |
| 5200 | 1165778 | 04/12/2017 | $628.07 | $0.00 | $628.07 |
| 5200 | 1168909 | 06/13/2017 | $628.07 | $0.00 | $628.07 |
| 5200 | 1170346 | 07/06/2017 | $628.07 | $0.00 | $628.07 |
| 5200 | 1171822 | 08/10/2017 | $628.07 | $0.00 | $628.07 |
| 5200 | 1173353 | 09/19/2017 | $1,256.15 | $0.00 | $1256.15 |
| 5200 | 1181531 | 03/08/2018 | $234.92 | $0.00 | $234.92 |
| 5200 | 1182888 | 04/03/2018 | $638.83 | $0.00 | $638.83 |
| 5200 | 1185986 | 05/15/2018 | $2,007.84 | $0.00 | $2007.84 |
| 5200 | 1187312 | 06/07/2018 | $1,049.14 | $0.00 | $1049.14 |
| 5200 | 1198005 | 02/07/2019 | $549.38 | $0.00 | $549.38 |
| 5200 | 1199233 | 03/12/2019 | $38.92 | $0.00 | $38.92 |
| 5200 | 1200576 | 04/11/2019 | $1,254.02 | $0.00 | $1254.02 |
| 5200 | 1201928 | 05/09/2019 | $556.46 | $0.00 | $556.46 |
| 5200 | 1203231 | 06/06/2019 | $556.47 | $0.00 | $556.47 |
| 5200 | 1204624 | 07/11/2019 | $556.47 | $0.00 | $556.47 |
| 5200 | 1207446 | 09/26/2019 | $291.38 | $0.00 | $291.38 |
| 5200 | 1208655 | 10/10/2019 | $291.39 | $0.00 | $291.39 |
| 5200 | 1209765 | 11/07/2019 | $557.66 | $0.00 | $557.66 |
| 5200 | 1211102 | 12/12/2019 | $557.67 | $0.00 | $557.67 |
| 5200 | 1212478 | 01/16/2020 | $836.49 | $0.00 | $836.49 |
| 5200 | 1213830 | 02/13/2020 | $557.66 | $0.00 | $557.66 |
| 5200 | 1215140 | 03/12/2020 | $557.67 | $0.00 | $557.67 |
| 5200 | 1216425 | 04/14/2020 | $557.66 | $0.00 | $557.66 |
| 5200 | 1217487 | 05/06/2020 | $537.94 | $0.00 | $537.94 |
| 5200 | 1218453 | 06/02/2020 | $231.46 | $0.00 | $231.46 |
| 5200 | 1219472 | 07/07/2020 | $1,287.02 | $0.00 | $1287.02 |
| 5200 | 1220520 | 08/12/2020 | $806.91 | $0.00 | $806.91 |
| 5200 | 1221572 | 09/17/2020 | $537.95 | $0.00 | $537.95 |
| 5200 | 1222598 | 10/15/2020 | $537.93 | $0.00 | $537.93 |
| 5200 | 1223437 | 11/03/2020 | $543.92 | $0.00 | $543.92 |
| 5200 | 1224361 | 12/10/2020 | $1,003.68 | $0.00 | $1003.68 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

BRETT D. MCKAY

Case No.: 1-15-04437-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 21, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| GARY J. IMBLUM, ESQUIRE<br>4615 DERRY STREET<br>HARRISBURG PA, 17111- | SERVED ELECTRONICALLY |
| M&T BANK<br>BANKRUPTCY DEPARTMENT<br>PO BOX 840<br>BUFFALO, NY, 14240-0810 | SERVED BY 1ST CLASS MAIL |
| BRETT D. MCKAY<br>2206 IONOFF ROAD<br>HARRISBURG, PA 17110 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 21, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com