United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 15-04437-HWV
Brett D. McKay  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Jan 04, 2021      Form ID: 3180W      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brett D. McKay, 2206 Ionoff Road, Harrisburg, PA 17110-3581 |
| 4708891 | + | Aes/pheaa Rehabs, PO Box 2461, Harrisburg, PA 17105-2461 |
| 4708892 | + | Capital Tax Collection Bureau, PO Box 60547, Harrisburg, PA 17106-0547 |
| 4708893 | + | Erin McKay, 208 Bosler Avenue, Lemoyne, PA 17043-1927 |
| 4730463 | + | Harrisburg Foot and Ankle Center, Inc., 4033 Linglestown Road, Suite #1, Harrisburg, PA 17112-1153 |
| 4708895 | + | Hilltop Condominium Association, care of Penn Equity Association, 220 Townsend Drive, No.1, Hummelstown, PA 17036-1824 |
| 4708896 | + | KML Law Group, Matthew K. Fissel, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 4708897 | + | Law Office of Craig Diehl, 3464 Trindle Road, Camp Hill, PA 17011-4436 |
| 4716923 | + | Law Offices of Craig A. Diehl, 3464 Trindle Road, Camp Hill, PA 17011-4436 |
| 4708899 | + | Modern Recovery Solutions, PO Box 500, Newmanstown, PA 17073-0500 |
| 4708890 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 4708900 | + | Penn Waste, PO Box 3066, York, PA 17402-0066 |
| 4724437 | + | Ryan Siney, Tucker Aresnberg, P.C., 2 Lemoyne Drive, Suite 200, Lemoyne, PA 17043-1222 |
| 4813371 | + | Susquehanna, c/o JP Harris Associates, LLC, PO Box 226, Mechanicsburg, PA 17055-0226 |
| 4708902 | + | Susquehanna Township Authority, 1900 Linglestown Road, Harrisburg, PA 17110-3301 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4712419 | | EDI: ECMC.COM | Jan 05 2021 00:03:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 4708894 | + | Email/Text: Bankruptcies@nragroup.com | Jan 04 2021 19:13:00 | Harrisburg Foot & Ankle, c/o National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4708889 | | EDI: IRS.COM | Jan 05 2021 00:03:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 4708898 | | Email/Text: camanagement@mtb.com | Jan 04 2021 19:13:00 | M & T Bank, Attn: Bankruptcy, 1100 Wehrle Dr 2nd Floor, Williamsville, NY 14221 |
| 4722525 | | Email/Text: camanagement@mtb.com | Jan 04 2021 19:13:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 4708901 | + | EDI: SWCR.COM | Jan 05 2021 00:03:00 | Southwest Credit Syste, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 4710449 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 04 2021 19:27:53 | U.S. Department of Housing and Urban Development, U.S. Department of Housing and Urban Dev, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 06, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Gary J Imblum | on behalf of Debtor 1 Brett D. McKay gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| John F Goryl | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor M&T Bank josh.goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Thomas I Puleo | on behalf of Creditor M&T Bank tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| **Information to identify the case:** | |
|---|---|
| Debtor 1    **Brett D. McKay** <br>           First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–0004 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing)    First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Middle District of Pennsylvania | |
| Case number:    1:15–bk–04437–HWV | |

# Order of Discharge                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Brett D. McKay

    1/4/21                                        **By the court:** Henry W. Van Eck <br>
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

       ♦ debts that are domestic support obligations;

       ♦ debts for most student loans;

       ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**