**IMBLUM LAW OFFICES, P.C.**

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

January 18, 2021

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Brett McKay
Chapter 13 Bankruptcy Case No. 1-15-04437

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

HILLTOP CONDOMINIUM ASSOCIATION
C/O PENN EQUITY ASSOCIATION
PO BOX 228
PALMYRA PA 17078-0228

The Creditor's <u>previous</u> address was as follows:

HILLTOP CONDOMINIUM ASSOCIATION
C/O PENN EQUITY ASSOCIATION
220 TOWNSEND DRIVE, NO. 1
HUMMELSTOWN PA 17036-1824

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm